STATE of Missouri, Appellant,

v.

David F. THOMPSON, Respondent.

No. WD 49493.

Missouri Court of Appeals,
Western District.

Dec. 6, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 1995.

J. Morton Nelson, Asst. Pros. Atty., Buchanan County, St. Joseph, for appellant.

William E. Erdrich, St. Joseph, for respondent.

Before FENNER, C.J., P.J., and HANNA and STITH, JJ.

### ORDER

PER CURIAM.

Appeal from the judgment of the trial court granting respondent's motion to suppress.

Judgment affirmed. Rule 84.16(b).